**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF KANSAS (KANSAS CITY)**

| | | |
|---|---|---|
| In re: | ) | **Case No.: 10-24385-DLS** |
| | ) | **Chapter 13** |
| **Blair H. Auld** | ) | |
| | ) | |
| Debtor(s) | ) | **Hearing Date: Feb. 18, 2011** |
| | ) | |
| **First National Bank of Olathe,** | ) | **Hearing Time: 10:30 a.m.** |
| | ) | |
| Movant | ) | |

**<u>OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN</u>**

COMES NOW, First National Bank of Olathe ("FNBO"), by and through its attorney of record, and hereby objects to confirmation of the Debtor's Amended Chapter 13 plan for the following reason:

1.      The plan may not be approved for failure to comply with Sections 1325(a)(4) and (5) of the Bankruptcy Code in that the value, as of the effective date of the plan, of property to be distributed to FNBO is less than the amount that would be paid if the estate were liquidated under Chapter 7 of the Bankruptcy Code.  More specifically, the Debtors' plan does not provide for any payment to FNBO on the debt in the amount of $17,017.00, secured by a judgment lien on the Debtor's real properties at 218 N. Walnut St., Olathe, KS and 310-312 W. Santa Fe St., Olathe, KS.  A true and correct copy of the Judgment is attached hereto as Exhibit A.

2.      According to the Johnson County Appraiser's Office, the 2010 values of these properties are $68,500 and $201,600, respectively, for a total value of $270,100.00.  The Debtor's Schedules list liens against these properties totaling $228,875.46, leaving $41,224.54 equity to fully secure FNBO's judgment lien.

3.      This judgment lien does not impair an exemption to which the Debtor is entitled under 11 USC §522(b) and, thus, may not be avoided under 11 USC §522(f).

WHEREFORE, First National Bank of Olathe respectfully prays that confirmation of the Debtor's Amended Chapter 13 plan be denied.

Respectfully submitted,

THE OLSEN LAW FIRM, LLC

/s/ Jill D. Olsen
Jill D. Olsen        KS #20105
1044 Main St., Ste. 400
Kansas City, MO     64105
Pho: (816) 521-8811
Fax:  (816) 221-7886
ATTORNEY FOR FIRST
NATIONAL BANK OF OLATHE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below who have requested notice but are not participating in the ECF System, on the date entered on the court's docket.

/s/ Jill D. Olsen
Attorney of Record

Kenneth M. Gay
ATTORNEY FOR DEBTOR

William H. Griffin
CHAPTER 13 TRUSTEE