Box 265

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF OLATHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10 CV 01521 |
| v. | ) | Court No. 2 |
| | ) | Chapter 60 |
| BLAIR H. AULD, | ) | |
| | ) | |
| Defendant. | ) | |

### JOURNAL ENTRY OF JUDGMENT
### WITH AGREED TEMPORARY STAY OF EXECUTION

This matter comes on upon the announced stipulation between the parties. Plaintiff appears by its attorney, Christopher B. Bacon. Defendant appears in person. There are no other appearances.

The parties announce the following stipulation to the Court:

1. Money judgment shall be entered in favor of Plaintiff and against Defendant in the sum of $16,038.20 (consisting of $15,406.50 principal, plus accrued interest to February 12, 2010, of $131.70, plus $500.00 for attorney fees), plus interest on the unpaid principal balance on and after February 13, 2010, at the rate of $2.54 per day (6% per annum), plus costs of $166.00.

2. Judgment is rendered in favor of Plaintiff and against Defendant, foreclosing Plaintiff's security interest in the 1967 Chevrolet Camaro with Vehicle Identification Number 123377N243599.

1

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2010 JUL 13 PM 12: 35

3. Execution on the foregoing money judgment and judgment for foreclosure is stayed for 150 days after the date that this Journal Entry is filed with the Clerk of the District Court of Johnson County, Kansas, during which time Defendant intends to repair, restore and then sell the said vehicle, with sale proceeds to be applied in reduction of the judgment. Plaintiff and Defendant shall cooperate and coordinate with each other so that the vehicle may be sold, Plaintiff's lien on the vehicle released, and sale proceeds delivered to Plaintiff for application in reduction of the judgment. Any sale proceeds over and above the balance owed on the judgment shall be paid to Defendant.

4. Any claim Defendant may have for goods and services rendered and applied in restoration of the vehicle or in preparation for sale of the vehicle, if any, shall be junior to Plaintiff's lien rights on the vehicle, which lien rights are in the amount of the judgment.

5. If, at the end of 150 days after this Journal Entry is filed of record with the Clerk of the District Court of Johnson County, Kansas, Defendant has not repaired, restored and sold the vehicle, then, unless the parties otherwise agree in writing, signed by both parties, to an extension of time to accomplish the repair, restoration and sale, Defendant shall immediately deliver, or make available, to Plaintiff the vehicle so that Plaintiff may proceed to foreclose its security interest in, and sell, the vehicle in accordance with the terms of the security agreement that is Exhibit B attached to the Petition filed herein, as governed by the terms of the Kansas Uniform Commercial Code, with net sales proceeds to be applied in

2

reduction of the judgment. In such event, Plaintiff is authorized to return to this Court, if necessary, to seek assistance in obtaining possession of the said vehicle.

6. If Defendant pays the judgment in full prior to the expiration of the said 150 day stay time, then the judgment shall be deemed satisfied and Plaintiff shall release its lien on the vehicle. If Defendant makes partial payments on the judgment during said 150 day period, the partial payments shall be reflected in a filed partial satisfaction of judgment. The parties agree that any partial payments should be made through Plaintiff's counsel so that Defendant receives proper credit on the judgment.

Due cause being shown,

**IT IS ORDERED** that the above stipulation between the parties is approved by the Court, and that said stipulation is hereby declared to be the Order of the Court.

**IT IS SO ORDERED.**

_____
JAMES F. VANO
District Judge, Division 2

Submitted and approved by:

LOWE, FARMER, BACON & ROE

_____
CHRISTOPHER B. BACON, #08875
105 South Kansas Avenue
Post Office Box 580
Olathe, Kansas 66051-0580
Phone: (913) 782-0422
Fax: (913) 782-0532
christopherbacon@sbcglobal.net
ATTORNEYS FOR PLAINTIFF

3

_____

BLAIR H. AULD
Defendant, pros


STATE OF ___Kansas___ )
                      ) ss:
COUNTY OF ___Johnson___ )


    Before me, the undersigned, a Notary Public, within and for said County and State on this ___7___ day of ___July___, 2010, personally appeared BLAIR H. AULD, who is personally known to me to be the person who executed the within instrument and duly acknowledged the execution of the same to be his voluntary act and deed.

    IN WITNESS WHEREOF, I have hereunto set my hand and official seal and the day and year last above written.

_____
Notary Public

My Commission Expires:
July 19, 2013

NATALIE G. MCGRATH
My Appt. Exp. 7-19-2013
STATE OF KANSAS

4