**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS (KANSAS CITY)**

| | |
|---|---|
| In re: | ) Case No. 10-24385-dls |
| | ) Chapter 13 |
| Blair H. Auld | ) |
| | ) Hearing Date: March 18, 2011 |
| Debtor. | ) |
| | ) Hearing Time: 10:30 a.m. |
| First National Bank of Olathe | ) |
| | ) Objection Deadline: Feb. 23, 2011 |
| Movant. | ) |

## MOTION FOR ORDER MODIFYING AUTOMATIC STAY

COMES NOW First National Bank of Olathe (hereinafter "FNBO"), by and through its attorney of record, and for its Motion for Relief from Stay respectfully states to the Court as follows:

1. Movant brings this action under Title 11, Section 362 and Rule 4001 of the Bankruptcy Rules. This is a core proceeding.

2. Movant states that the Debtor did heretofore file bankruptcy in this cause on December 30, 2010.

### Count I

3. Movant states that it is the holder for value of a Note, Disclosure and Security Agreement executed by the Debtor on May 1, 2008, most recently modified on May 1, 2009, covering the purchase of a 2008 Ford Mustang Shelby, VIN #1ZVHT88S185166537 (the "Collateral"). A true and correct copy of the Note and Modifications, marked Exhibit "A," is attached hereto. Movant has heretofore duly perfected its security interest and lien on said Collateral and a copy of the Kansas title is attached hereto as Exhibit "B."

4. Movant states that the total amount due and owing on the Note as of the date of the filing of this motion is $47,860.75.

5. Pursuant to 11 U.S.C. §362(d)(1), Movant is without adequate protection as the Debtor's Chapter 13 plan does not provide for any payment of this debt. Pursuant to 11 U.S.C. §362(d)(1), Debtor has no equity in the property, as the current NADA retail value is $35,350.00. The vehicle is not necessary to an effective reorganization as the Debtor's Chapter 13 Plan does

not provide for any payment on this debt.  Movant desires to take possession of the Collateral and to proceed expeditiously with the sale of the same.

6. That the releasing of the stay as to Movant will not cause Debtor harm or hamper the rights of other creditors herein.  If the Stay against Movant is not released, Movant will suffer immediate and irrevocable harm to its interest due to the depreciation and deterioration and waste of said property.

WHEREFORE Movant respectfully requests the Court to enter, among others, the following orders:

(a) Lifting the Stay under Count I as to FNBO in connection with the 2008 Ford Mustang Shelby and allowing Movant to repossess and dispose of said Collateral.

(b) For further order that the Movant may proceed to enforce the provisions of its said security interest and proceed with its remedies provided by law, and

(c) For such other orders as this Court deems just and proper.

### Count II

7. Movant states that it is the holder for value of a Promissory Note and Security Agreement executed by the Debtor on June 16, 2009, covering the purchase of a 1967 Chevrolet Camaro, VIN #123377N243599 (the "Collateral").  A true and correct copy of the Note, marked Exhibit "C," is attached hereto.  Movant has heretofore duly perfected its security interest and lien on said Collateral and a copy of the Kansas Notice of Security Interest is attached hereto as Exhibit "D."

8. Movant states that the total amount due and owing on the Note as of the date of the filing of this motion is $16,038.20.

9. Pursuant to 11 U.S.C. §362(d)(1), Movant is without adequate protection and Debtor has no equity in the property, as the Debtor values the vehicle at $1,000.00.   The vehicle is not necessary to an effective reorganization as the Debtor's Chapter 13 Plan provides for surrender of the Collateral to FNBO.  Movant desires to take possession of the Collateral and to proceed expeditiously with the sale of the same.

10. That the releasing of the stay as to Movant will not cause Debtor harm or hamper the rights of other creditors herein.  If the Stay against Movant is not released, Movant will suffer

immediate and irrevocable harm to its interest due to the depreciation and deterioration and waste of said property.

WHEREFORE Movant respectfully requests the Court to enter, among others, the following orders:

(a)   Lifting the Stay under Count II as to FNBO in connection with the 1967 Chevrolet Camaro and allowing Movant to repossess and dispose of said Collateral.

(b)   For further order that the Movant may proceed to enforce the provisions of its said security interest and proceed with its remedies provided by law, and

(c)   For such other orders as this Court deems just and proper.

Respectfully submitted,

THE OLSEN LAW FIRM, LLC

  /s/ Jill D. Olsen
Jill D. Olsen      KS #20105
1044 Main St., Suite 400
Kansas City, MO  64105
Pho:  816-521-8811
Fax:  816-221-7886
ATTORNEY FOR MOVANT

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those below who have requested notice but are not participating in the ECF System, on the date entered on the court's docket.

 /s/  Jill D. Olsen<br>
Attorney of Record

Blair H. Auld
24750 W. 190th St.
Gardner, KS  66030
DEBTOR

Kenneth M. Gay
ATTORNEY FOR DEBTOR

William H. Griffin
TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS (KANSAS CITY)

In re:  ) Case No. 10-24385-dls
       ) Chapter 13

Blair H. Auld  )
       ) Hearing Date:  March 18, 2011
              Debtor.  )
       ) Hearing Time:  10:30 a.m.

First National Bank of Olathe  )
       ) Objection Deadline:  Feb. 23, 2011
             Movant.  )

## SUMMARY OF EXHIBITS

The following exhibits to the **Motion for Order Modifying Automatic Stay** are attached hereto and are otherwise available upon request.

1.     Note and Security Agreement dated May 1, 2008, and modifications thereto.

2.     Kansas title

3.     Note and Security Agreement dated June 16, 2009

4.     Kansas Notice of Security Interest

The Olsen Law Firm, LLC

  /s/ Jill D. Olsen
Jill D. Olsen    KS #20105
1044 Main St., Suite 400
Kansas City, MO  64105
Pho:  816-521-8811
Fax:  816-221-7886
ATTORNEY FOR MOVANT