

KANSAS
Department of Revenue
Division of Vehicles
Topeka KS 66626-0001



PLATE NO.

## TITLE AND REGISTRATION RECEIPT

**TRANSACTION**

TYPE    **TSZZZZ**     DESCRIPTION

Secured Title / /             046100200808252093       CML

DATE    08-25-2008

O
W
N    **AULD BLAIR H**
E
R
S

NAMES

**24750 W 190**           **GARDNER**       **KS**    **66030**

VEHICLE ID NUMBER      VEHICLE TYPE **AU**           PLATE NO.

**1ZVHT88S185166537**      REGISTRATION TYPE             DECAL NO.

| MAKE | MODEL | YEAR | STYLE | TRUCK CLASS | REGISTRATION EXPIRES |
|---|---|---|---|---|---|
| FORD | SHELBY | 2008 | CP | N | |
| MILEAGE | FUR TO KS DATE | EMPTY WT | GROSS WT | | DISPOSED VEHICLE |
| 100 | | 3785 | | | |

Complete When Applying for Duplicate    I certify that I am
I the lawful owner of the vehicle described above and a Kansas Certificate of
Title was issued to me and that my original certificate of title has been
(Check one) lost [ ]   mutilated [ ]   or has become illegible [ ]
Attach title to application.

**THE FIRST NATIONAL BANK OF**
L
I
E    **444 E SANTA FE**
N
S
   **OLATHE, KS 660511500**

FEE SUMMARY

| TYPE | AMOUNT |
|---|---|
| TitleFeeAmt: | $10.00 |
| County Misc Fee: | $1.50 |

T
O
D

INSURANCE POLICY NUMBER
COMPANY

I hereby certify that I am a resident or have a bona fide place of business in this county
and that I am an owner of and have in effect financial security for the above mentioned
vehicle as required by law. I certify that all liens and / or encumbrances, if any, are listed
and the information on this application is true and correct to the best of my knowledge.
**FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION.**

**OWNER'S SIGNATURE(S)**                    **TOTAL AMOUNT**      **$11.50**

*Please review all information for accuracy before signing*

SOLD TO/REPOSSESSED BY:

| | | | PROPERTY TAX STATEMENT | PRIOR YEAR TAX |
|---|---|---|---|---|
| LOCAL BASE POINT SITUS | CLASS | 027 | TAX    $.00 | $.00 |
| | PREV TAX VALUE | | PENALTY    $.00 | $.00 |
| TAX UNIT   000 | NEW TAX VALUE | $.00 | CRDT TOTAL | |
| | | | TOTAL | |

Case 10-24385    Doc# 22-2    Filed 02/02/11    Page 1 of 1