

# KANSAS

**DEPARTMENT OF REVENUE**
**DIVISION OF VEHICLES**
www ksrevenue org

# NOTICE OF SECURITY INTEREST
## For Original Purchase Lien,
### Cannot be Used for a Secured/Mortgaged Vehicle Lien

THIS FORM MUST BE COMPLETELY AND UNIFORMLY PREPARED
BY EITHER TYPING OR PRINTING  SEE INSTRUCTION 3 BELOW

CURRENT FORM AS OF JULY 1 2006
**Fee  $2 50**

Name of
Purchaser(s) **Blair H Auld**

**P O Box 4047**                    **Olathe**                    **KS    66063**
Address                             City                          St      ZIP

**VEHICLE INFORMATION** Please be sure the vehicle information is correct  (If there is any deviation in the information on the NSI
and the title application  the security interest is not considered perfected )

Year **1967**  Make **CHEVROLET** Style _____  VIN / ID# **123377N243599**

Date of Vehicle Sale **06 12 2009**              Date of Vehicle Delivery **06 12 2009**

## THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN OR ENCUMBRANCE

Secured
Party  **The First National Bank of Olathe**

Institution s
ABA #
American Bankers Assoc tion No  If Known

**P O Box 1500  444 E  Santa Fe**           **Olathe**         **KS**          **66051 1500**
Address                                     City               State          Zip

By my signature the purchaser(s) of the vehicle described here n acknowledge that we have given authorization a secur ty ng ncurrent to this encumbrance the secured party listed above is filing the Notice of Security Interest also acknowledge that if for any reason the security interest does not appear on the certificate of title that this lien or encumbrance is not valid

Owner(s) Signature(s) _____ | Owner(s) Hand Printed Name(s) | Date

| NSI Filed By REQUIRED | | |
|---|---|---|
| Name of Business  Print Clearly | | Name of Person Completing Form  Print Clearly |
| Area Code  &  Phone Number | Address | City | State | ZIP |

✓ DO **NOT ATTACH TITLE TO THIS FORM** The assigned title is to be submitted to the county treasurer s office when the owner(s) make application for title and registration

✓ A letter will be sent to the lien holder to  1) Inform the lien holder a Kansas title record has updated and their lien is perfected  or 2) Informing the lien holder it has been 90 days since the date of purchase and the NSI has not match to a title application

## NOTICE OF SECURITY INTEREST FILING INSTRUCTIONS

A Notice of Security Interest serves as notification to the Division of Vehicles that a person/business has applied for a loan on the vehicle described on this form and subsequently that a lien is to be reflected on the vehicle title record

1   To perfect a security interest in a vehicle  a Notice of Security Interest (NSI) may be filed  by mail or otherwise  with the Division of Vehicles by a vehicle dealer or other secured party (within thirty (30) days of the date of sale and delivery)  The NSI application submitted will remain in this office as verification that the title should  indeed  reflect a security interest

2   If a NSI is filed more than 30 days after the date of sale and delivery of a vehicle or if there is any deviation in the information on the NSI and the title application  the security interest is not considered perfected until the lien interest of the secured party appears on the vehicle title record  In such an event  it becomes the responsibility of the secured party to ensure that their interest appears on the vehicle title record in order to protect that nterest  A security interest may also be perfected by instructing the buyer to indicate the name of the secured party on the title application made at the county treasurer s office

3   Any alteration or deviation in preparation requires the initialization of **all** parties   Failure to comply with these requirements voids this form

4   Should you elect to perfect a lien by use of a Notice of Security Interest document  the form must be accurately completed, fee attached  and mailed to the Kansas Department of Revenue  Division of Vehicles  T&R / Processing Team  915 SW Harrison  Topeka Kansas 66626 0001

*  Include/attach the filing fee of $2 50   DO **NOT SEND CASH**   (Check payable to  Kansas Department of Revenue )

TR 730www (Rev  07/06) Previous versions of this form are subject to rec remarks listed have  Kansas Div of Vehicles w  make the  n  determination  if the form is properly completed

Notice of Security Interest can be filed online using KSeli en  Please take a tour of our web site and sign up at
http //www ksrevenue org/kseli en htm

Case 10-24385   Doc# 22-4   Filed 02/02/11   Page 1 of 1