Evans & Mullinix, P.A.

**Exhibit A**

Client ID 22867.10 Blair H. Auld

| Trans Date | Hours to Bill | Amount | |
|---|---|---|---|
| 07/12/2011 | 1.00 | 300.00 | Office conference with client discussing case. |
| 07/13/2011 | | 300.00 | Cash Receipts - M & I Bank |
| 07/14/2011 | 2.50 | 750.00 | Review file; telephone call with client discussing situation. |
| 07/15/2011 | 1.50 | 450.00 | Court appearance. |
| 07/15/2011 | 0.50 | 150.00 | Correspondence to client re: retainer and services. |
| 07/27/2011 | | 2,000.00 | Cash Receipts - M & I Bank |
| 08/18/2011 | .0.25 | 75.00 | Office conference with client discussing matters. |
| 08/19/2011 | 1.25 | 375.00 | Court appearance for hearing on various matters. |
| 08/19/2011 | 0.75 | 225.00 | Preparation of motion to employ; correspondence to client re: motion and settlement with bank. |
| 08/25/2011 | 0.30 | 75.00 | Phone call with client; look up case; memo to JBS; phone call to Ed Gillette; |
| 08/29/2011 | 0.40 | 120.00 | Phone calls with client discussing bank issues. |
| 08/29/2011 | 0.20 | 60.00 | Phone call with Olsen re: Bank position. |
| 08/29/2011 | 0.20 | 60.00 | Phone call with Gillette re: criminal issue. |
| 08/31/2011 | 0.60 | 51.00 | Preparation of Notice; File Motion & Notice; Mail Notice to creditors; |
| 08/31/2011 | 0.50 | 150.00 | Review client offer; relay to Olsen. |
| 08/31/2011 | 0.25 | 75.00 | Correspondence to client re: filed employment application. |
| 08/31/2011 | 0.25 | 75.00 | Phone calls with Gillette. |
| 09/12/2011 | 0.60 | 180.00 | Review FNB counter; email to client discussing offer and other issues. |
| 09/12/2011 | | 1,500.00 | Paid from trust account |
| 09/15/2011 | 1.50 | 127.50 | Discuss case w/ JBS; Review creditors list provided by client; Prepare amendments; |
| 09/15/2011 | 1.20 | 360.00 | Phone call with Lord discussing case; preparation of objection to motion to convert; Review of file and amendments for meeting with client. |
| 09/16/2011 | 1.75 | 525.00 | Outside office for meeting with client to discuss matters; court appearance for continuance. |
| 09/16/2011 | 0.50 | 150.00 | Email to Olsen providing settlement terms. |
| 09/20/2011 | 0.50 | 150.00 | Review email from Olsen re: settlement and client re: issues; emails to client re: same. |
| 09/21/2011 | 0.50 | 150.00 | Emails from and to client; check court filings for judgment lien. |
| 09/22/2011 | 0.25 | 75.00 | Phone call with client discussing economics of Bank settlement. |
| 10/06/2011 | 0.25 | 75.00 | Phone call with Gillette discussing Bank; email to client discussing meeting. |
| 10/12/2011 | 2.25 | 675.00 | Outside office for meeting with client and Gillette; email to Olsen re: status of settlement. |
| 10/18/2011 | 3.50 | 1,050.00 | Preparation of revised schedules and Plan. |
| 10/18/2011 | | 950.00 | Cash Receipts - M & I Bank |
| 10/19/2011 | 2.60 | 780.00 | Office conference with client reviewing and discussing schedules and Plan. |
| 10/20/2011 | 0.60 | 51.00 | Review documents provided by client; Update amended schedules; |
| 10/24/2011 | 0.20 | 60.00 | Phone call with Mogensen re: settlement with Bank. |
| 11/03/2011 | 0.30 | 90.00 | Email to client responding to questions. |
| 11/08/2011 | 4.00 | 1,200.00 | Preparation of Amendments, revision to settlement agreement; correspondence to client providing for review and signature. |
| 11/09/2011 | 0.50 | 150.00 | Office conference with client discussing settlement and bankruptcy issues. |
| 11/11/2011 | 0.20 | 60.00 | Phone call with Gillette discussing the criminal charges and settlement. |
| 11/11/2011 | | 2,100.00 | Cash Receipts - M & I Bank |
| 11/14/2011 | 0.25 | 75.00 | Email client requesting documents and information. |
| 11/15/2011 | 0.75 | 225.00 | Office conference with client signing plan and settlement agreement and discussing Chapter 7; email to Olsen delivering settlement agreement. |
| 11/15/2011 | 0.20 | 60.00 | Phone call with client re: creditor issues. |
| 11/16/2011 | 0.60 | 51.00 | Preparation of Notice; File Amended Plan & Notice; Mail copies to creditors; |
| 11/16/2011 | | 57.00 | Photocopies |
| 11/16/2011 | | 16.72 | Postage |
| 11/17/2011 | 0.25 | 75.00 | Email from and to Cupps re: BOK claim. |
| 11/17/2011 | 0.30 | 90.00 | Correspondence to client re: filed Plan amendment and hearing. |
| 11/22/2011 | 0.30 | 90.00 | Office conference with client discussing amendments. |
| 11/23/2011 | 0.50 | 150.00 | Preparation of revised schedules. |
| 11/23/2011 | 0.30 | 90.00 | Correspondence to BOA re: payment issue. |
| 11/28/2011 | 1.20 | 102.00 | Preparation of Notice; File Amendment & Notice; Mail Notice & Amended Plan to creditors; |
| 11/28/2011 | 0.75 | 225.00 | Preparation of revised schedules for filing. |
| 11/28/2011 | | 30.00 | Costs paid to Clerk of the Bankruptcy Court for filing amendments; |
| 11/29/2011 | 1.00 | 300.00 | Correspondence to client re: filed amendments and IRS; preparation of objection to Best Buy POC. |
| 11/30/2011 | 0.30 | 90.00 | Correspondence to client re: objection to HSBC POC. |
| 11/30/2011 | 0.25 | 75.00 | Phone call with Beach re: billings. |
| 11/30/2011 | 0.65 | 195.00 | Email from and to Olsen re: consent judgment; correspondence to client delivering executed agreement. |
| 12/01/2011 | 1.05 | 315.00 | Phone call from Cupps re: BOK mortgage; email from Trustee and telephone call with Tarbutton re: real estate taxes; correspondence to client discussing both. |
| 12/02/2011 | 0.65 | 195.00 | Phone call with client re: BOK and taxes; email to and telephone call with Wetzler re: taxes. |
| 12/02/2011 | 0.30 | 90.00 | Correspondence to BOA re: unpaid real property taxes. |
| 12/07/2011 | 0.25 | 75.00 | Email from and to client re: case. |
| 12/07/2011 | | 1,000.00 | Paid from trust account |
| 12/08/2011 | 0.25 | 75.00 | Email from and to client re: Beach bills. |
| 12/08/2011 | 0.50 | 150.00 | Review BOK objection to Plan; correspondence to client discussing same. |
| 12/09/2011 | 0.50 | 150.00 | Review Johnson County Tax claim; correspondence to client re: same. |
| 12/12/2011 | 0.25 | 75.00 | Email from and to client re: BOK. |

Evans & Mullinix, P.A.

Client ID 22867.10 Blair H. Auld

| Trans Date | Hours to Bill | Amount | |
|---|---|---|---|
| 12/12/2011 | 0.40 | 120.00 | Correspondence to client advising of entry of Consent Decree. |
| 12/13/2011 | 0.25 | 75.00 | Email client re: failure to pay plan payments. |
| 12/15/2011 | 0.30 | 90.00 | Phone call with Katz re: potential property sale |
| 12/16/2011 | 2.75 | 825.00 | Court appearance for confirmation hearing; telephone call with Katz re: sale issue; correspondence to client discussing sale. |
| 12/20/2011 | 0.30 | 90.00 | Email from and to client re: property sale. |
| 12/27/2011 | 0.30 | 90.00 | Email to and from Griffin advising of non-sale and requesting confirmation. |
| 01/05/2012 | 0.25 | 75.00 | Email from and to Lord re: confirmation. |
| 01/17/2012 | 0.50 | 150.00 | Review Griffin's letter; email client advising of Trustee's position. |
| 01/18/2012 | 0.40 | 120.00 | Correspondence to client re: Suddendorf car. |
| 01/18/2012 | 1.25 | 375.00 | Review information to determine Plan payoff; email client providing information; email Wetzler requesting withdrawal of tax claim. |
| 01/20/2012 | 1.50 | 450.00 | Court appearance for confirmation issues. |
| 01/26/2012 | 0.25 | 75.00 | Correspondence to client re: withdrawn JOCO tax claim. |
| 01/27/2012 | 1.00 | 300.00 | Phone call with Fisk discussing Suddendorf's concerns; email client requesting information; correspondence to Griffin discussing trial procedures. |
| 02/01/2012 | 0.50 | 150.00 | Emails with court re: pretrial. |
| 02/01/2012 | 0.25 | 75.00 | Delivery of monthly plan payment. |
| 02/02/2012 | 1.50 | 450.00 | Court appearance for pretrial. |
| 02/03/2012 | 0.30 | 90.00 | Email client re: hearing results. |
| 02/07/2012 | 1.00 | 300.00 | Office conference with client discussing trial issues. |
| 02/07/2012 | 0.30 | 90.00 | Email Griffin re: inspection of property. |
| 02/07/2012 | | 1,700.00 | Cash Receipts - M & I Bank |
| 02/15/2012 | 2.55 | 765.00 | Correspondence to client re: various matters; email client re: Trustee information request; email Griffin re: document request. |
| 02/16/2012 | 0.40 | 120.00 | Email from and to client re: bank statements. |
| 02/18/2012 | 0.30 | 90.00 | Review trustee motion to employ appraiser; telephone call with Mattes re: appraisal. |
| 02/20/2012 | 2.00 | 600.00 | Office conference with client discussing trial issues and D&J. |
| 02/21/2012 | 0.25 | 75.00 | Email client re: trial and continuance. |
| 02/24/2012 | 1.50 | 450.00 | Correspondence to client, Katz, Hutson and BOA re: various matters; preparation of limited objection to Motion to Employ Appraiser. |
| 02/29/2012 | 0.50 | 150.00 | Correspondence to client re: trial issues. |
| 03/01/2012 | 0.40 | 120.00 | Correspondence to Griffin providing Hutson documents. |
| 03/05/2012 | 0.20 | 60.00 | Phone call with client re: sale of building and surgery issues. |
| 03/06/2012 | 0.50 | 150.00 | Review Cordry appraisal; email to client providing and discussing same. |
| 03/07/2012 | 0.60 | 51.00 | Discuss case w/ JBS; Research Pacer & file re amendments; Prepare packet; Email to client; |
| 03/07/2012 | 0.50 | 150.00 | Emails with client re: valuation issues. |
| 03/08/2012 | 0.50 | 150.00 | Review amended motion to convert; correspondence to client discussing same. |
| 03/12/2012 | 1.70 | 510.00 | Office conference with client re: issues; email Olsen re: FNB debt; telephone call Beech re: his bill. |
| 03/13/2012 | 0.60 | 180.00 | Phone call with Olsen re: FNB debt resolution; email client re: Trustee motion re Etter and court's phone conference call. |
| 03/14/2012 | 0.50 | 150.00 | Tele-conference with Judge, Griffin and client re: bank statement issues. |
| 03/14/2012 | 0.50 | 150.00 | Review IRS MTD; emails with client discussing same and reminding of withdrawal. |
| 03/16/2012 | 1.50 | 450.00 | Court appearance for trustee's motion to employ appraiser. |
| 03/19/2012 | | 6,000.00 | Cash Receipts - M & I Bank |
| 03/19/2012 | 0.50 | 150.00 | Correspondence to Allman delivering 2010 return and advising of brief requirements. |
| 03/20/2012 | 6.50 | 1,950.00 | Research dismissal issue; preparation of memorandum and of witness and exhibit lists; emails with client. |
| 03/20/2012 | 1.25 | 375.00 | Review appraisal in preparation for hearing. |
| 03/21/2012 | 0.80 | 240.00 | Review Huston purchase offer and Trustee exhibits. |
| 03/21/2012 | 5.00 | 1,500.00 | Preparation for trial |
| 03/22/2012 | 7.00 | 2,100.00 | Court appearance for trial. |

Total for Client ID 22867.10 Billable 92.35 26,697.22 Blair H. Auld
Payments 15,550.00

GRAND TOTALS

| | Billable | 92.35 | 26,697.22 | |
|---|---|---|---|---|
| | Payments | | 15,550.00 | |

## PLEA AGREEMENT

Case No. 11 CR 1906

State of Kansas     vs.     Blair H. Auld

W. Hurst
**Attorney (print)**

E. Gillette
**Attorney (print)**

NOW, on this _17_ day of _November_, 20_11_, the above parties and counsel do hereby confirm that the following terms and conditions are mutually acceptable and shall be recommended to the Court at the time of sentencing or disposition of this case, and are expressly conditioned on defendant appearing for sentencing as ordered.

### TERMS

1. P6 to Criminal Damage to Property (cont I-Misd)
2. 90 day sentence, suspended.
3. 12 months STS
4. Std costs + fees
5. Def to make regular payments to Enterprise Bank
6. as ordered in bankruptcy case 10-24385-dls,
7. US Bankruptcy Court, District of Kansas, in
8. the amount of $30,000.
9. 
10. 

**Approved:**

_____
Attorney for State of Kansas

_____
Attorney for Defendant

_____
Defendant

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS
2011 NOV 17 PM 2:53

SCANDATE 2011/11/17 16:35