IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: )
)
BLAIR H. AULD ) Case No. 10-24385-13-dls
Debtor. )
)

**OBJECTION TO TRUSTEE'S**
**MOTION TO DISGORGE ATTORNEY'S FEES**
(**Related Docket No. 165**)

Joanne B. Stutz of Evans & Mullinix, P.A. presents this objection to the Trustee's Motion

seeking disgorgement of attorney's fees..

1. This Chapter 13 case was filed on the 30th day of December, 2010, at which time

Kenneth M. Gay represented the Debtor. Upon the withdrawal of Mr. Gay, Joanne B. Stutz

agreed to undertake representation of the Debtor upon specific terms.

2. Those terms were set forth in a *Motion to Employ Counsel and for Approval of*

*Terms of Compensation* ("**the Motion**"), which was filed on August 31, 2011. Notice with an

opportunity to object to the Motion was also filed on August 31, 2011, setting an objection

deadline of September 21, 2011.

3. No objections to the Motion were filed by any party, including the Trustee.

4. Through an oversight, the Order approving the Motion was not submitted to the

Court. When this oversight was discovered in April, 2012, the Order was prepared but the

Trustee refused to approve the Order.

5. The Trustee now seeks, through his motion, to lodge an untimely objection to

counsel's employment and the terms of that employment. This attempt to improperly extend the

objection deadline must be overruled.

6. The Trustee's contention that the time expended has been unreasonable and that

the fees have not been earned is without merit. Counsel has not padded her time or billed more

than necessary to provide the services required of her. This is and has been a difficult case with issues compounded by both the Trustee and the Debtor.

7. Counsel has earned the fees she has charged. Where appropriate, counsel has also utilized the services of her paralegal, with commensurate lower hourly rates.

8. The Trustee's repeated references to the Mustang have no bearing on this case or any pending matter in this case.

9. Counsel reserves the right to raise further arguments in opposition to the Trustee's motion during the hearing on this matter.

WHEREFORE, the Debtor prays of this Court entry of its Order denying the Trustee's motion, enter the delayed Order approving counsel's employment and granting such other and further relief as the court deems just and proper in the premises.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Joanne B. Stutz*
Joanne B. Stutz, KS #12365; MO #30820
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
jbs@evans-mullinix.com
*Attorneys For Debtor*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Objection was, on this 22nd day of May, 2012, filed and served electronically by the Clerk of the Court to all parties receiving electronic notice.

*/s/ Joanne B. Stutz*
Joanne B. Stutz

005688900

2