**SO ORDERED.**

**SIGNED this 14th day of November, 2012.**



*Dale L. Somers*

Dale L. Somers
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BLAIR H. AULD | )    Case No. 10-24385-13-dls |
| | ) |
|       Debtor. | ) |
| | ) |

## STIPULATED ORDER OF DISMISSAL WITH CONDITIONS

Pursuant to mediation of the issues relating to the pending Third Amended Plan (Doc. No. 146) and the Chapter 13 Trustee's objection thereto (Doc. No. 159), on October 15, 2012, William H. Griffin, Chapter 13 trustee, and Blair Auld, as Chapter 13 debtor stipulate and agree to a dismissal of this Chapter 13 case contingent on entry of this order of dismissal providing the terms and conditions set forth herein. The following parties attended the mediation: the Debtor, Blair H. Auld, with counsel, Joanne B. Stutz of Evans & Mullinix, P.A.; and the Chapter 13 Trustee, William H. Griffin, with counsel Tom Franklin;.

00584859

1

This Chapter 13 case was filed on the 30th day of December, 2010. Issues between the Trustee and the Debtor prevented confirmation. Therefore, on October 15, 2012, the parties met with the Honorable Robert D. Berger to mediate the issues. During the course of that mediation the Debtor expressed his desire to dismiss the case and the Trustee agreed to dismissal with conditions. The parties further agreed to specific terms and conditions for said dismissal.

It is therefore, ORDERED, ADJUDGED AND DECREED, that this Chapter 13 proceeding shall be dismissed subject to the following terms and conditions:

1. The Debtor, Blair Auld, may not file another Chapter 13 Bankruptcy Proceeding under Title 11 of the United States Code, the Bankruptcy Code, for 180 days from entry of this Order.

2. The Debtor may not file another Chapter 13 in the Kansas City Division of the District of Kansas for one (1) year from entry of this Order. The Debtor may file another Chapter 13 in any other Division of the district of Kansas after 180 days from entry of this Order.

00584859

2

Case 10-24385    Doc# 209    Filed 11/14/12    Page 2 of 5

3.    The Trustee was previously awarded fees, which the Trustee has satisfied from the Debtor's Plan payments. The Trustee is currently holding $5,783.43 in undisbursed funds. Said funds shall be distributed as follows:

a.    First to Tom Franklin, in an amount not to exceed $2,000.00, for services rendered as counsel for the Trustee, after a final fee application is submitted and approved by this Court. Said application shall be filed no later than November 5, 2012.

b.    With the remainder to the Johnson County Treasurer for application against unpaid real property taxes due for 2011 as of October 15, 2012, stated by the Bank of Kansas to be in the amount of $6,646.70 for the following described real property – commercial building at 312 Santa Fe, Olathe, Kansas, Property No. DP52000038 0024.

c.    The parties reserve the issue as to disposition of funds in excess of the above specified payment of claims (including real estate taxes) for consideration by the court in the unlikely event such funds were available,

4.    The Trustee shall upon request provide counsel for the Debtor with a copies of checks showing distributions pursuant to this Order.

5.    Any and all issues in or relating to the Trustee's objections or motions filed in the Chapter 13 case, or in or relating to the Debtor's responses or filings in the Chapter 13 case, including issues pertaining to the Debtor's Attorney's fees, shall be and hereby are deemed fully resolved, moot or overruled, as the case may be, and in accordance with this Order. The Chapter 13 Trustee will not be pursuing any objection to compensation applications, however, this

00584859                                    3

agreement between the Trustee and Debtor is not intended to change any requirements under the Bankruptcy Code with respect to professional compensation applications for Debtor's counsel.

6.      The objection of Bank of Kansas to confirmation of the Debtor's Third Amended Plan is now moot.

7.      This Chapter 13 case shall be and hereby is DISMISSED subject only to a ruling on the final fee application of Thomas M. Franklin.

IT IS SO ORDERED.

# # #

Submitted by:

Evans & Mullinix, P.A.

/s/ _Joanne B. Stutz_
Joanne B. Stutz, Ks #12365; Mo #30820
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
jbs@evans-mullinix.com
*Attorneys For The Debtor*

/s/ _Thomas M. Franklin_
Thomas M. Franklin Kan. Bar 17548
9140 Ward Parkway, Suite 200
Kansas City, MO 64114
Telephone: 816.941.2121
Telecopy 816.822.8222
tmflaw@swbell.net
*Attorney for Chapter 13 Trustee*

Approved by:

/s/ _Blair Auld_
Blair Auld, Debtor
24750 W. 190th Street

00584859                                    4

Case 10-24385    Doc# 209    Filed 11/14/12    Page 4 of 5

Gardner, KS  66030

/s/
William H. Griffin, KS #8060
Chapter 13 Trustee
6330 Lamar, Ste. 110
Overland Park, KS 66202
(913) 677-1311

00584859

5