**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE:                                                    Case No: 10-24385-13

    BLAIR AULD

**NOTICE OF OPPORTUNITY FOR HEARING ON TRUSTEE'S FINAL REPORT AND ACCOUNT**

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas on or before March 21, 2013 the Final Report and Account will be granted by entry of a Final Decree which will discharge the Trustee, close the estate, release the Trustee's bond, and grant such other relief as may be just and proper. If an objection is timely filed to the Final Report and Account a nonevidentiary hearing will be held before the U.S. Bankruptcy Court at 500 State Ave, Room 144, Kansas City, KS 66101on Friday, April 19, 2013 at 10:30 am, or as soon after as the same may be heard.

A hearing will not be held unless an objection and/or response is timely filed with the Clerk of the Court. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance

/s/ W.H. Griffin
W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS  66202-4286
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing Notice and Final Report and Account attached thereto was sent electronically or mailed, postage prepaid, on February 19, 2013 to the following: Debtor, Debtor's Attorney, and U.S. Trustee. A Summary of the Trustee's Final Report and Account was mailed to all creditors who filed claims.

/s/ W.H. Griffin
W.H. Griffin, Trustee

BLAIR AULD
24750 WEST 190TH STREET
GARDNER, KS 66030

FORD MOTOR CREDIT
DRAWER 55-953
PO BOX 55000
DETROIT, MI 48255-0953

QUEST CREDIT UNION
610 W 10TH ST
PO BOX 1128
TOPEKA, KS 66601

BAC HOME LOANS
MAIL STOP TX2-982-03-03
7105 CORPORATE DR
PLANO, TX 75024

JOHN DEERE CREDIT
23176 NETWORK PLACE
CHICAGO, IL 60673-1231

DALES TOW SERVICE
2265 BLAKE
OLATHE, KS 66062

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

AMERICAN INFOSOURCE LP
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

YELLOW BOOK USA
%RMS BANKRUPTCY RECOVERY
SVCS
P O BOX 5126
TIMONIUM, MD 21094

TRIPLE DELIGHT INC
DBA FAST SIGNS
8844 WEST 95TH
OVERLAND PARK, KS 91364-3360

THE BESSENBACHER CO
PO BOX 480108
KANSAS CITY, MO 64148-0108

PARKER OIL CO INC
PO BOX 17383
WICHITA, KS 67217

INTRUST CARD CENTER
PO BOX 2121
WICHITA, KS 67201

VAN OLSDOL & MAGRUDER PC
2400 COMMERCE TOWER
911 MAIN ST
KANSAS CITY, MO 64105-2009

DENNISON HAMILTON, MD
PO BOX 26147
OVERLAND PARK, KS 66225-6147

FIRST NATIONAL BANK OF OLATHE
PO BOX 1500
OLATHE, KS 66051-1500

HSBC BANK NEVADA
% BASS & ASSOCIATES PC
3936 E FT. LOWELL,  STE 200
TUCSON, AZ 85712

BANK OF KANSAS
14435 METCALF AVE
OVERLAND PARK, KS 66223

BOARD OF COUNTY
COMMISSIONERS
111 SOUTH CHERRY ST, STE 3200
OLATHE, KS 66061

BILL'S AUTO PAINT & SUPPLY
500 EAST KANSAS CITY ROAD
OLATHE, KS 66061

SUMMIT PUBLICATIONS
PO BOX 915
KEARNEY, MO 64060-0915

EDWARD "SUDIE" SUDENDORF
525 SW COAST AVENUE
DEPOE BAY, OR 97341

FIRST NATL BANK OF OLATHE THOMAS FRANKLIN
DBA ENTERPRISE BANK & TRUST 9140 WARD PKWY STE 200
PO BOX 1500 KANSAS CITY, MO 64114
OLATHE, KS 66051